UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREL SHECK,<br><br>       Plaintiff,<br><br>-against-<br><br>WESTCHESTER COUNTY NY; PUTNAM COUNTY NY; CHILDREN'S VILLAGE; ANDREW BARAJIKIAN,<br><br>       Defendants. | 16-CV-6664 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 21, 2017, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 21, 2017
    New York, New York

                   _____
                     COLLEEN McMAHON
                  Chief United States District Judge